UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

|  |  |
|---|---|
| James Wilkes and Blannie Wilkes,    ) | CIVIL ACTION №: 4:12-cv-03620 |
| )  | |
| Plaintiffs    ) | |
| ) | |
| v.    ) | |
| ) | |
| Dynamic Recovery Solutions, LLC    ) | |
| ) | |
| Defendants.    ) | |

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedures, the Plaintiffs, James Wilkes and Blannie Wilkes, and Defendant, Dynamic Recovery Solutions, LLC, by and through their undersigned counsel, hereby jointly request this Court dismiss all claims with prejudice, both parties to pay their own costs and fees.

DATED: March 19, 2013.

Stipulated to By:

/s/ Penny Hays Cauley                  /s/ Brian Comer
Penny Hays Cauley                       Brian Comer, Esq.
HAYS CAULEY, P.C.                    COLLINS & LACY, P.C.
549 West Evans Street, Suite E    1330 Lady Street, Suite 602
Florence, SC 29501                       Post Office Box 12487
(843) 665-1717                              Columbia, SC 29211
(843) 665-1718 Facsimile            (803) 256-2660
phc917@hayscauley.com            (803) 771-4484 Facsimile
Attorney for Plaintiffs                   Attorneys for Defendant